IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER C. GRAY                                                                                     PLAINTIFF

v.                                             4:21-cv-00186-LPR-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                                      DEFENDANT

## ORDER

The Court has received the Proposed Findings and Recommendations ("PFR") submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed and the time to do so has expired.  After a careful and *de novo* review of the PFR and the record, the Court approves and adopts the PFR as this Court's findings in all respects.[1]  Accordingly, the final decision of the Commissioner is AFFIRMED and judgment will be entered for the Defendant.

IT IS SO ORDERED this 12th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] There is one caveat.  While adopting the entire substance of the PFR, the Court disagrees on the technical disposition of the case (*i.e.*, dismissal vs. entry of judgment).