# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CHRISTOPHER C. GRAY                                                                                   PLAINTIFF

v.                                              4:21-cv-00186-LPR-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is considered, ordered, and adjudged that the final decision of the Commissioner is AFFIRMED and judgment is entered for the Defendant.

IT IS SO ADJUDGED this 12th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE